UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COTY INC., et al.,

                Plaintiffs,

against

COSMOPOLITAN COSMETICS INC., et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 11145 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties are directed to file a joint status report by **Wednesday, January 29, 2020**, which details outstanding discovery and provides a proposed schedule for the remainder of the pre-trial process.

Dated:     New York, New York
              January 10, 2020

_____
**SARAH L. CAVE**
**United States Magistrate Judge**