UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

COTY INC. et al.,

       Plaintiffs,

       -v-                                           No. 18 CV 11145-LTS-HBP

COSMOPOLITAN COSMETICS INC. et al.,

       Defendants.

---------------------------------------------------------x

## ORDER

In light of the filing of Defendants' amended counterclaims, (Docket Entry No. 86), Plaintiffs' pending Motion to Dismiss Counterclaims (Docket Entry No. 83) is denied without prejudice as moot.

Docket Entry No. 83 is resolved.

    SO ORDERED.

Dated: New York, New York
          March 17, 2020

                                                        __/s/ Laura Taylor Swain__
                                                        LAURA TAYLOR SWAIN
                                                        United States District Judge