UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COTY INC., et al.,

                    Plaintiffs,

against

COSMOPOLITAN COSMETICS INC., et al.,

                    Defendants.

CIVIL ACTION NO.: 18 Civ. 11145 (LTS) (SLC)

**TELEPHONE CONFERENCE**
**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' joint Letter-Motion to file their discovery motion under seal (ECF No. 94) is GRANTED. A Telephone Conference is scheduled for **Thursday, June 11, 2020, at 10:00 am** regarding the discovery issues raised in the parties' joint Letter-Motion (ECF No. 96) (the "Sealed Motion"). The Parties are directed to call the Court's conference line at 866-390-1828, access code 3809799, at the scheduled time. The Court will rule on the parties' Sealed Motion, therefore the parties' redacted joint Letter-Motion raising the same discovery issues (ECF No. 95) is terminated as moot.

The Clerk of Court is respectfully directed to close ECF Nos. 94 and 95.

Dated:       New York, New York
               June 1, 2020

                                                             **SARAH L. CAVE**
                                                             **United States Magistrate Judge**