

**KILPATRICK TOWNSEND & STOCKTON LLP**
www.kilpatricktownsend.com

The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
t 212 775 8700  f 212 775 8800

August 24, 2020

direct dial 212 775 8733
direct fax 212 775 8816
rpotter@kilpatricktownsend.com

**VIA ECF**

The Honorable Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 18A
New York, New York 10007-1312

Re:   Joint Letter-Motion for 14-Day Stay of Discovery – *Coty Inc. et al v. Cosmopolitan Cosmetics Inc. et al*., No. 18-CV-11145 (LTS) (SLC)

Dear Judge Cave:

We represent the Plaintiffs in the above-referenced action. Pursuant to Rule I(D) of Your Honor's Individual Rules, we write on behalf of all Parties to respectfully request a stay of discovery for fourteen (14) days so that the Parties may continue their current settlement negotiations and, should the negotiations fail to lead to an agreement, an extension of fact discovery sufficient to allow the parties to complete fact depositions in accordance with a deposition schedule the Parties will then promptly submit to the Court.

Fact discovery is currently scheduled to end on August 28, 2020. Written discovery and document production are substantially complete, and the Parties have noticed a total of 13 party depositions and Plaintiffs have served a subpoena for one third-party deposition. On August 7, 2020, as the Parties were meeting and conferring regarding scheduling these 14 depositions, Plaintiffs made a new settlement overture to Defendants based upon information Defendants disclosed in written discovery responses served on August 3. Defendants were receptive to further negotiations; Plaintiffs therefore provided a detailed settlement proposal last week, and the parties have resumed negotiations in earnest.

So that the Parties may continue these negotiations in good faith and without the threat of imminent deadlines, they respectfully request that the Court stay discovery for fourteen (14) days. At the end of this period, the Parties will advise the Court whether they have been able to come to terms on an amicable resolution and, if not, will submit to the Court a specific proposed schedule for taking all 14 fact depositions as expeditiously as possible, and will respectfully seek an extension of fact discovery sufficient to accommodate this schedule.

Hon. Sarah L. Cave
August 24, 2020
Page 2

     The Parties have jointly requested two prior extensions of the fact discovery cut-off for good cause, both of which were granted. (*See* ECF Nos. 64, 65, 102, 103). The Parties believe good cause exists for granting another stay/extension in the interest of potential settlement, and thank the Court for its attention to this request.

                            Respectfully Submitted,

                            */s/ Robert N. Potter*

                            Robert N. Potter

cc:    All Counsel of Record (via ECF)

> The parties' Joint-Letter Motion (ECF No. 111) is GRANTED.  The parties' discovery deadlines are stayed through **Friday, September 11, 2020**.  The parties are directed to file a joint letter by **Monday, September 14, 2020**, stating whether they were able to reach a settlement.  If the parties are not able to reach a settlement, the letter must attach a proposed revised discovery schedule.
>
> The Clerk of Court is respectfully directed to close ECF No. 111.
>
> SO-ORDERED 8/26/2020
>
> *[signature]*
> SARAH L. CAVE
> United States Magistrate Judge

US2008 17373648 1