

**KILPATRICK TOWNSEND & STOCKTON LLP**
www.kilpatricktownsend.com

The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
t 212 775 8700  f 212 775 8800

September 14, 2020

direct dial 212 775 8733
direct fax 212 775 8816
rpotter@kilpatricktownsend.com

**VIA ECF**

The Honorable Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 18A
New York, New York 10007-1312

      Re:    Joint Letter-Motion for Further 14-Day Stay of Discovery – *Coty Inc. et al v. Cosmopolitan Cosmetics Inc. et al.*, No. 18-CV-11145 (LTS) (SLC)

Dear Judge Cave:

      We represent the Plaintiffs in the above-referenced action. We write on behalf of all Parties and pursuant to the Court's August 26, 2020 Order (ECF No. 112), which stayed fact discovery through September 11 and directed the Parties to file by September 14 a joint letter stating whether they were able to reach a settlement (and otherwise attaching a proposed revised discovery schedule).

      After continued negotiations, the Parties have now reached a settlement agreement in principle, and on Friday, September 11, Plaintiffs provided Defendants with a proposed draft written agreement.

      So that the parties may finalize these negotiations in good faith and without the threat of imminent deadlines, they respectfully request that the Court stay discovery for a further fourteen (14) days. At the end of this period, the Parties will advise the Court whether they have been able to finalize their written agreement and, if not, will submit to the Court a proposed revised discovery schedule.

      Respectfully Submitted,

      /s/ Robert N. Potter

      Robert N. Potter

cc:    All Counsel of Record (via ECF)

US2008 17513809 2

ANCHORAGE  ATLANTA  AUGUSTA  BEIJING  CHARLOTTE  DALLAS  DENVER  HOUSTON  LOS ANGELES  NEW YORK  RALEIGH  SAN DIEGO
SAN FRANCISCO  SEATTLE  SHANGHAI  SILICON VALLEY  STOCKHOLM  TOKYO  WALNUT CREEK  WASHINGTON  WINSTON-SALEM