UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

COTY INC., et al.,

                  Plaintiffs,

      -against-

COSMOPOLITAN COSEMTICS INC., et al.,

                  Defendants.

-------------------------------------------------------x

No. 18 Civ. 11145 (LTS)(SLC)

ORDER

       The parties in this matter have reached a settlement agreement in principle.  (Docket Entry No. 113.)  In view of the parties' ongoing settlement efforts, the Clerk of Court is respectfully directed to terminate Docket Entry Numbers 69, 75, and 89, without prejudice to restoration if settlement efforts fail.

       SO ORDERED.

Dated: New York, New York
      September 28, 2020

                                                 _Laura Taylor Swain_____
                                                 LAURA TAYLOR SWAIN
                                                 United States District Judge