

**KILPATRICK TOWNSEND & STOCKTON LLP**
www.kilpatricktownsend.com

The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
t 212 775 8700  f 212 775 8800

direct dial 212 775 8733
direct fax 212 775 8816
rpotter@kilpatricktownsend.com

November 5, 2020

**VIA ECF**

The Honorable Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 18A
New York, New York 10007-1312

    Re:    Joint Status Letter Concerning the Parties' Settlement Negotiations –
                  <u>Coty Inc. et al v. Cosmopolitan Cosmetics Inc. et al</u>., 18-CV-11145 (LTS) (SLC)

Dear Judge Cave:

      We represent the Plaintiffs in the above-referenced action. We write on behalf of all Parties and pursuant to the Court's October 22, 2020 Order (ECF No. 119), which stayed fact discovery through November 4 and directed the Parties to file by November 5 a joint letter stating whether they were able to reach a settlement (and otherwise attaching a proposed revised discovery schedule).

      The Parties are very close to finalizing a written settlement agreement, and are working actively to resolve a single remaining issue. The Parties anticipate resolving this detail shortly and then executing their agreement. In light of this substantial progress, the parties respectfully request one further stay of discovery for fourteen (14) days to provide sufficient time to finalize and execute the settlement agreement. At the end of this period, the Parties expect to advise the Court that all claims and counterclaims have been resolved.

                          Respectfully Submitted,

                          /s/ Robert N. Potter

                          Robert N. Potter

cc:    All Counsel of Record (via ECF)

---

The parties' request to extend the stay of discovery in this case to finalize their settlement negotiations (ECF No. 120) is **GRANTED**.  The parties' discovery deadlines are stayed through **Thursday, November 19, 2020**.  The parties are directed to file a joint letter by **Friday, November 20, 2020**, stating whether they have reached a settlement.  If the parties are not able to reach a settlement, the letter must attach a proposed revised discovery schedule.  The parties are advised that the Court is unlikely to grant any further stay requests.  The Clerk of Court is respectfully directed to close ECF No. 120.

SO-ORDERED 11/6/20

SARAH L. CAVE
United States Magistrate Judge