

**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
t 212 775 8700   f 212 775 8800

November 20, 2020

direct dial 212 775 8733
direct fax 212 775 8816
rpotter@kilpatricktownsend.com

**VIA ECF**

The Honorable Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 18A
New York, New York 10007-1312

Re:   Joint Status Letter Concerning the Parties' Settlement Negotiations –
      *Coty Inc. et al v. Cosmopolitan Cosmetics Inc. et al*., 18-CV-11145 (LTS) (SLC)

Dear Judge Cave:

We represent the Plaintiffs in the above-referenced action. We write on behalf of all Parties and pursuant to the Court's October 22, 2020 Order (ECF No. 121), which stayed fact discovery through November 19 and directed the Parties to file by November 20 a joint letter stating whether they were able to reach a settlement (and otherwise attaching a proposed revised discovery schedule).

The Parties have now finalized a proposed written settlement agreement and, subject to each party's final review, anticipate execution without additional revision or negotiation. Accordingly, the parties respectfully request what they expect to be the last stay of discovery, for fourteen (14) days, to allow for final review and execution of the settlement agreement.

Respectfully Submitted,

/s/ Robert N. Potter

Robert N. Potter

cc:   All Counsel of Record (via ECF)

_____
SARAH L. CAVE
United States Magistrate Judge

> The parties' request to extend the stay of discovery in this case to finalize the proposed written settlement agreement (ECF No. 122) is GRANTED. The parties' discovery deadlines are stayed through **Monday, December 7, 2020**. By **Tuesday, December 8, 2020**, the parties shall file a Stipulation of Dismissal in accordance with the Individual Practices of the Honorable Laura Taylor Swain, United States District Judge.
>
> The Clerk of Court is respectfully directed to close ECF No. 122.
>
> SO-ORDERED 11/23/20