UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COTY INC., CALVIN KLEIN TRADEMARK TRUST, CALVIN KLEIN, INC., CALVIN KLEIN COSMETIC CORPORATION, HUGO BOSS TRADE MARK MANAGEMENT GMBH & CO. KG, and MARC JACOBS TRADEMARKS, LLC<br><br>Plaintiffs,<br><br>v.<br><br>COSMOPOLITAN COSMETICS INC., EUGENE ABRAHAM, WILLIAM GOLD, and COSMETIC MERCHANDISE CORP. d/b/a COSMETIC MARKET,<br><br>Defendants.<br><br>COSMOPOLITAN COSMETICS INC.,<br><br>Counterclaimant,<br><br>v.<br><br>CALVIN KLEIN TRADEMARK TRUST, CALVIN KLEIN COSMETIC CORPORATION, HUGO BOSS TRADE MARK MANAGEMENT GMBH & CO. KG, and MARC JACOBS TRADEMARKS, LLC,<br><br>Counterclaim-Defendants. | No. 1:18-cv-11145-LTS-SLC |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Coty Inc. and Calvin Klein, Inc., Plaintiffs/Counterclaim-Defendants Calvin Klein Trademark Trust, Calvin Klein Cosmetic Corporation, HUGO BOSS Trade Mark Management GmbH & Co. KG, and Marc Jacobs Trademarks, LLC,

1

Defendant/Counterclaimant Cosmopolitan Cosmetics Inc., and Defendants Eugene Abraham and William Gold, having settled the claims by and between them, through their respective counsel of record hereby jointly stipulate to the dismissal with prejudice of this action, including all claims and counterclaims, with each party to bear its own costs and attorneys' fees.

Dated: December 2, 2020

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP
Lisa Pearson (LP 4916)
Robert Potter (RP 5757)
Bryan Wolin (BW 8339)
1114 Avenue of the Americas
New York, NY 10036
Phone:   (212) 775-8700
Fax:       (212) 775-8800
E-mail:   lpearson@kilpatricktownsend.com
              rpotter@kilpatricktownsend.com
              bwolin@kilpatricktownsend.com

*Attorneys for Plaintiffs and Counterclaim-Defendants*

AMSTER, ROTHSTEIN & EBENSTEIN LLP
Anthony F. Lo Cicero
Mark Berkowitz
Sandra A. Hudak
90 Park Avenue
New York, NY 10016
Phone:    (212) 336-8000
Fax:        (212) 336-8001
E-mail:    alocicero@arelaw.com
               mberkowitz@arelaw.com
               shudak@arelaw.com

*Attorneys for Defendants and Counterclaimant*